



# MEMORANDUM OPINION

No. 04-11-00515-CV

**IN RE** Leopoldo **LEAL**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  August 17, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On July 20, 2011, relator filed a petition for writ of mandamus.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] One of the proceedings relator complains of is Cause No. 328050, styled *State of Texas v. Leopoldo Leal*, in the Municipal Court City of Alice, Jim Wells County, the Honorable Edie Gonzales-Lemon presiding.  The other complaint relator makes relates to a proceeding he contends he filed in County Court at Law, Jim Wells County, Texas; however, no cause number in that proceeding, if any exists, has been provided.